UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

PATRICIA VERONESE,

              Plaintiff,              1:16-cv-640
                                                    (GLS/DJS)

        v.

JUAN REVERA,

              Defendant.
_____

APPEARANCES:                     OF COUNSEL:

FOR THE PLAINTIFF:

PATRICIA VERONESE
Plaintiff
Pro Se
84 Vliet Street
Apt. # 1-R
Cohoes, NY 12047

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

The above-captioned matter comes to this court following a Report-Recommendation and Order by Magistrate Judge Daniel J. Stewart, duly filed on September 13, 2016. (Dkt. No. 6.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Report-Recommendation for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 6) is **ADOPTED** in its entirety; and it is further

**ORDERED** that the complaint, (Dkt. No. 1) is **DISMISSED** pursuant to 28 U.S.C. § 1915(e) for failure to state a claim upon which relief can be granted; and it is further

**ORDERED** that, in light of plaintiff's pro se status, she is an afforded an opportunity to amend her complaint, **within thirty (30) days** from the date of this order to state valid claims upon which she has a right to pursue; and it is further

**ORDERED** that, if plaintiff fails to file an amended complaint within thirty (30) days from the date of this order, the clerk is directed to enter judgment without further order of this court; and it is further

**ORDERED** that the Clerk mail a blank pro forma Title VII complaint to plaintiff by regular mail; and it is further

**ORDERED** that the Clerk shall provide a copy of this Order to the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

October 5, 2016
Albany, New York

_____
Gary L. Sharpe
U.S. District Judge